JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

*Attorney for Defendant*
*Petco Animal Supplies Stores, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KISHA HILL,<br><br>     Plaintiff,<br><br>     vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC., a Foreign Corporation Licensed to do Business in Nevada,<br><br>     Defendant. | Case No.: 2:23-cv-01002-RFB-VCF<br><br>**STIPULATION AND ORDER TO:**<br><br>**(1) STAY CASE DEADLINES AND DISCOVERY PENDING COMPLETION OF EARLY NEUTRAL EVALUATION SESSION; AND**<br><br>**(2) ESTABLISH CASE DEADLINES** |

Defendant Petco Animal Supplies Stores, Inc. ("Petco" Or "Defendant"), by and through its counsel of record, the law firm of Jackson Lewis P.C., and Plaintiff Kisha Hill ("Plaintiff"), by and through her counsel of record, the Law Office of Mary F. Chapman, Ltd., hereby stipulate and agree as follows:

1. Defendant was served with the Summons and Complaint on June 8, 2023, and removed the case to this Court on June 29, 2023 (ECF No. 1).

2. The parties are scheduled to participate in an Early Neutral Evaluation Session with Magistrate Judge Brenda Weksler on October 4, 2023 at 10:00 a.m.

3. The parties have agreed to continue the deadline for Defendant to file its response to Plaintiff's Complaint, and to stay case deadlines and discovery pending completion of the ENE so as to conserve the parties' respective resources and for the sake of judicial economy.

4. To that end, the parties agree, that if the case does not resolve at the ENE: (a) Defendant's response to Plaintiff's Complaint shall be due by October 18, 2023; and (b) the Joint [Proposed] Discovery Plan and Scheduling Order will be due by October 20, 2023.

5. The parties further agree that they are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have by virtue of entering into this Stipulation or participating in the ENE. *Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated this 8th day of August, 2023.

| LAW OFFICES OF MARY F. CHAPMAN, LTD. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Mary F. Chapman* <br> MARY F. CHAPMAN, ESQ. <br> Nevada Bar No. 6591 <br> 8440 W. Lake Mead Blvd., Suite 203 <br> Las Vegas, Nevada 89128 | */s/ Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Kisha Hill* | *Attorneys for Defendant Petco Animal Supplies Stores, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
~~United States District Judge /~~
United States Magistrate Judge

Date: 8-9-2023