# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kisha Hill,

               Plaintiff(s),

vs.

Petco Animal Supplies Stores, Inc.,

               Defendant(s).

2:23-cv-01002-RFB-MDC

Order To File a Status Report

This case is a year old. The parties asked for a stay so that they could arbitrate. ECF No. 17. The Court granted that request. ECF No. 19. The parties have not provided any updates to the Court.

IT IS ORDERED that by June 7, 2024, the parties shall file either:

1. A short status report; OR

2. A stipulation to dismiss this case.

3. Failure to comply with this order may result in a report and recommendation that this case be dismissed.

Dated this 16th day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge