JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
CAYLA J. WITTY, ESQ.
Nevada Bar No. 12897
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: cayla.witty@jacksonlewis.com

*Attorneys for Defendant*
*Petco Animal Supplies Stores, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KISHA HILL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC., a Foreign Corporation Licensed to do Business in Nevada,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-01002-RFB-MDC<br><br>**STIPULATION AND ORDER:**<br><br>　(1) **TO LIFT STAY DESIGNATION IN ECF;**<br><br>　(2) **TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO VACATE ARBITRAL AWARD; AND**<br><br>　(3) **ESTABLISH THE DEADLINE FOR PLAINTIFF TO FILE HER REPLIES IN SUPPORT OF HER PENDING MOTIONS**<br><br>**(FIRST REQUEST)** |

　　　　Defendant Petco Animal Supplies Stores, Inc. ("Petco" Or "Defendant"), by and through its counsel of record, the law firm of Jackson Lewis P.C., and Plaintiff Kisha Hill ("Plaintiff"), by and through her counsel of record, the Law Office of Mary F. Chapman, Ltd. and The Palmer Law Firm, P.C., hereby stipulate and agree per LR 6(b)(1)(A) as follows:

1. This case was stayed in this Court pursuant to 9 U.S.C. § 3 pending completion of arbitration.

2. The arbitral proceedings have concluded with the Arbitrator's Final Award issued June 10, 2025.

3. Plaintiff filed Plaintiff's Motion to Vacate Arbitral Award and Request for Order, ECF No. 30, on September 10, 2025.

4. Plaintiff's Motion to Vacate is 24 pages, and the arbitration record attached exceeds 1,800 pages.

5. Plaintiff simultaneously filed a Motion for Leave to File Exhibits Under Seal, ECF No. 32, on September 10, 2025.

6. Defendant's responses to the two separate Motions are currently due September 24, 2025.

7. Due to the voluminous nature of Plaintiff's Motion to Vacate and the press of other matters, Defendant's Counsel requires additional time to complete preparing its responses to Plaintiff's two pending motions.

8. Accordingly, the Parties have agreed that Defendant shall have up to, and including, October 31, 2025 to file its responses to Plaintiff's Motions, ECF Nos. 30 and 32.

9. Due to Plaintiff counsel's appellate briefing schedule and other case deadlines Plaintiff shall then file her reply, if any, on or before December 19, 2025.

10. Further, as a result of the conclusion of the arbitral proceedings, the stay should have been lifted based upon the Court's prior Order, ECF No. 19 (citing EFC 17), but still appears in the ECF system. The Parties agree that the ECF system should be updated to remove the stay designation to address the post-arbitral proceedings.

11. This is the first request for extension of time for briefing on these Motions, ECF Nos. 30 and 32.

/ / /

/ / /

/ / /

12. The parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have by virtue of entering into this Stipulation. *Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated this 24th day of September, 2025.

| | |
|---|---|
| LAW OFFICES OF MARY F. CHAPMAN, LTD. | JACKSON LEWIS P.C. |
| */s/ Mary F. Chapman*<br>MARY F. CHAPMAN, ESQ.<br>Nevada Bar No. 6591<br>8440 W. Lake Mead Blvd., Suite 203<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Plaintiff Kisha Hill* | */s/ Cayla J. Witty*<br>JOSHUA A. SLIKER, ESQ<br>Nevada Bar No. 12493<br>CAYLA J. WITTY, ESQ.<br>Nevada Bar No. 12897<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant Petco Animal Supplies Stores, Inc.* |

**IT IS SO ORDERED.**

**DATED:** October 10, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE