JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: deverie.christensen@jacksonlewis.com

*Attorneys for Defendant*
*Petco Animal Supplies Stores, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KISHA HILL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC., a Foreign Corporation Licensed to do Business in Nevada,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-01002-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO CONFIRM ARBITRATION AWARD (ECF No. 42)**<br><br>**(FIRST REQUEST)** |

　　　　Defendant Petco Animal Supplies Stores, Inc. ("Petco" Or "Defendant"), by and through its counsel of record, the law firm of Jackson Lewis P.C., and Plaintiff Kisha Hill ("Plaintiff"), by and through her counsel of record, the Law Office of Mary F. Chapman, Ltd. and The Palmer Law Firm, P.C., pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, hereby stipulate to extend the time for Defendant to file its Reply in Support of Its Motion to Confirm Arbitration Award (the "Reply") (ECF No. 42). This is the parties' first request to extend this deadline. Defendant's current deadline is November 21, 2025.

　　　　Defendant's counsel, Joshua Sliker, was hospitalized due to a medical emergency over the weekend, and the Jackson Lewis Las Vegas Office Managing Principal, Deverie Christensen, is

working to cover Mr. Sliker's case load, in addition to her own case load, during this emergency. Under the circumstance, Defendant needs additional time to prepare and finalize its Reply.

Therefore, Plaintiff's counsel has agreed and the parties hereby stipulate that Defendant shall have up to and including December 5, 2025, to file its Reply.

This is the first request for extension of time for briefing on this Motion, ECF Nos. 30 and 32.

This request is sought in good faith and not for purposes of undue delay.

Dated this 21st day of November, 2025.

| LAW OFFICES OF MARY F. CHAPMAN, LTD. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Mary F. Chapman* <br> MARY F. CHAPMAN, ESQ. <br> Nevada Bar No. 6591 <br> 8440 W. Lake Mead Blvd., Suite 203 <br> Las Vegas, Nevada 89128 <br><br> THE PALMER LAW FIRM, P.C. <br> RAELENE K. PALMER, ESQ. <br> Nevada Bar No. 8602 <br> 6605 Grand Montecito Pkwy., Suite 100 <br> Las Vegas, Nevada 89149 <br><br> *Attorneys for Plaintiff Kisha Hill* | */s/ Deverie J. Christensen* <br> JOSHUA A. SLIKER, ESQ <br> Nevada Bar No. 12493 <br> DEVERIE J. CHRISTENSEN, ESQ. <br> Nevada Bar No. 6596 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Petco Animal Supplies Stores, Inc.* |

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
U.S. DISTRICT JUDGE

**DATED**: November 24, 2025.